Mark A. White, CA Bar No. 88332
Andrea Kendrick, CA Bar No. 225688
CHAPMAN POPIK & WHITE LLP
650 California Street, 19th Floor
San Francisco, CA 94108-2736
Tel: 415-352-3000
Fax: 415-352-3030
mwhite@chapop.com; akendrick@chapop.com

Mary L. Hudson, CA Bar No. 81407
LAW OFFICE OF MARY L. HUDSON
1505 Bridgeway, Suite 206
Sausalito, CA 94965
Tel: 415-331-7712
mlhudson@earthlink.net

Alan Waltner, CA Bar No. 85333
LAW OFFICES OF ALAN WALTNER
779 Dolores Street
San Francisco, CA 94110
Tel: 415-641-4641
Fax: 415-738-8310
waltnerlaw@gmail.com

Attorneys for Plaintiffs Pacific Coast Federation of Fishermen's Associations,
Port Orford Ocean Resource Team and San Francisco Crab Boat Owners Association

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GARY LOCKE, in his official capacity as Secretary of the United States Department of Commerce; et al., <br><br> Defendants. | Case No.: CV 10-4790-CRB <br><br> **STIPULATION CONFIRMING DEADLINES TO RESPOND TO FIRST AMENDED COMPLAINT, FILE NEW AND SUPPLEMENTAL ADMINISTRATIVE RECORDS, AND PROPOSE SUMMARY JUDGMENT BRIEFING SCHEDULE; [PROPOSED] ORDER RE SAME** <br><br> Action filed: October 22, 2010 |

On January 6, 2011, plaintiffs filed and served their first amended complaint. Doc. No. 28. Defendants must respond to the amended complaint, file the administrative record for plaintiffs' new challenge to December 15, 2010 and December 30, 2010 regulations, and intend to supplement the administrative record filed on December 16, 2010 (see Doc. No. 21). The parties, having conferred through their respective counsel, hereby stipulate to the following deadlines:

- Defendants shall respond to the first amended complaint, and file the administrative records for the December 15, 2010 and December 30, 2010 regulations, and the supplemental administrative record for the October 1, 2010 regulation within 45 days of service of the first amended complaint, or by February 22, 2011;

- The parties will propose a schedule for the filing and briefing of cross-motions for summary judgment in their case management statement, due January 28, 2011.

The parties recognize that ongoing efforts to compile a complete administrative record may require modification of these deadlines, in which event the parties would further address the Court by stipulation or motion.

DATED: January 12, 2011

Plaintiffs Pacific Coast Federation of Fishermen's Associations, Port Orford Ocean Resource Team, and San Francisco Crab Boat Owners Association

By their attorneys,
CHAPMAN POPIK & WHITE LLP

_____/s/ Mark A. White_____
Mark A. White, CA Bar No. 88332
Andrea Kendrick, CA Bar No. 225688

Mary L. Hudson, CA Bar No. 81407
LAW OFFICE OF MARY L. HUDSON

Alan Waltner, CA Bar No. 85333
LAW OFFICES OF ALAN WALTNER

_____
STIPULATION CONFIRMING DEADLINES                         CASE NO. CV 10-4790-CRB - 1

DATED: January 12, 2011

Defendants GARY LOCKE, in his official capacity as Secretary of the United States Department of Commerce; NATIONAL MARINE FISHERIES SERVICE; and NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

By their attorneys,

IGNACIA S. MORENO, Assistant Attorney General
SETH M. BARSKY, Section Chief
KRISTEN L. GUSTAFSON, Assistant Chief

_____/s/ Meredith L. Flax_____
MEREDITH L. FLAX, Senior Trial Attorney
D.C. Bar No. 468016
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section

ROMNEY PHILPOTT, Trial Attorney
Colo. Bar No. 35112
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section

**ORDER**

It is so ordered.

Dated: Jan. 18, 2011



_____
United States District Judge