IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, et al., | 3:10-cv-04790-CRB |
| Plaintiffs, | [PROPOSED] ORDER |
| vs. | |
| GARY LOCKE, et al., | |
| Defendants. | |

This Court, having considered the parties' Second Joint Revision to Case Management Statement [Dkt. 64], hereby ORDERS the parties to adhere to the following deadlines and page limitations for briefing the cross-motions for summary judgment:

April 8, 2011   Plaintiffs' motion for summary judgment (60 pages); Food & Water Watch's amicus brief (35 pages)

May 13, 2011   Federal Defendants' combined cross-motion for summary judgment and opposition to plaintiffs' motion for summary judgment (80 pages); United Catcher Boats, Midwater Trawlers Cooperative, and the Environmental Defense Fund's amicus brief (35 pages)

June 10, 2011   Plaintiffs' combined summary judgment reply and opposition to Federal Defendants' cross-motion for summary judgment (50 pages)

July 1, 2011   Federal Defendants' reply in support of their cross-motion for summary judgment (30 pages)

Dated: March 25, 2011



Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer