IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, et al., | No. C 10-04790 CRB |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| GARY LOCKE, et al., | |
| Defendants. | |

The Court, having granted Defendants' Motion for Summary Judgment and denied Plaintiffs' Motion for Summary Judgment, hereby enters JUDGMENT in Defendants' favor against Plaintiffs.

**IT IS SO ORDERED.**

Dated: August 5, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\4790\Judgment.wpd